```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0220--CV (JWS)
            "A-H&H CORP ET AL V EXPRESS TRUCK INC ET AL"

         Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/22/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/22/04 receipt # 00124053
          Trial by: Jury


Parties of Record:                              Counsel of Record:

PLF 1.1            A-H&H CORP                   Joseph L. Kashi
                                                35477 Spur Highway, Suite 207
                                                Soldotna, AK 99669
                                                907-262-4604

PLF 2.1            HAMMON, FRED                 Joseph L. Kashi
                                                (see above)

DEF 1.1       [T]  EXPRESS TRUCK INC            No counsel found for this party!

DEF 2.1            SIGNATURE EQUIPMENT INC      William M. Wuestenfeld
                                                Sandberg Wuestenfeld et al
                                                701 W. 8th Avenue, Suite 1100
                                                Anchorage, AK 99501
                                                907-276-6363
                                                FAX 907-276-3528
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0220--CV (JWS)
                          "A-H&H CORP ET AL V EXPRESS TRUCK INC ET AL"

                                    For all filing dates


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/22/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (190) Other contract actions

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 09/22/04 receipt # 00124053
           Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/22/04 | Complaint filed; Summons issued. |
| 2 - 1 | 09/23/04 | PLF 1-2 Jury Demand. |
| 3 - 1 | 11/16/04 | DEF 2 Jury Demand. |
| 4 - 1 | 11/16/04 | DEF 2 Attorney Appearance of W. Wuestenfeld. |
| 5 - 1 | 11/30/04 | JWS Minute Order that plf file proofs of svc & comply w/FRCvP 4(m). cc: cnsl |
| 6 - 1 | 12/02/04 | PLF 1-2 Notice re: return of svc on DEF 1 executed 10/25/04/ |
| 7 - 1 | 12/10/04 | PLF 1-2 Return of Service Executed re: DEF 2 on 10/25/04. |
| 8 - 1 | 12/10/04 | PLF 1-2 Return of Service Executed re: DEF 1 on 10/25/04. |
| 9 - 1 | 12/13/04 | JWS Minute Order that plf require ans' or apply for dft w/i 20 days. cc: cnsl |
| 10 - 1 | 12/29/04 | DEF 2 Answer to Complaint. |
| 11 - 1 | 01/06/05 | JWS Minute Order that if case isn't @ iss 120 days from filing of cmplt as to DEF 1 cmplt will be dism for lack of prosecution. cc: cnsl |
| 12 - 1 | 01/18/05 | DEF 1 Attorney Appearance contesting jurisdiction and venue. |
| 13 - 1 | 01/20/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 14 - 1 | 02/11/05 | DEF 1 Report re: stat; plf & DEF 1 have settled; stip to dismiss to be fld; DEF 2 has answered. |
| 15 - 1 | 02/17/05 | PLF 1-2; DEF 2 Scheduling and Planning Conference Report. |
| 16 - 1 | 03/01/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 02/21/06; Dispositive mots ddln 03/21/06; 4 day TBJ estimate. cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0220--CV (JWS)
                       "A-H&H CORP ET AL V EXPRESS TRUCK INC ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 03/09/05 | PLF 1-2 Dismissal Notice (Party(s)) of DEF 1 w/ prejudice w/plfs and DEF 1 to bear their own costs and attorneys' fees. |
| 18 - 1 | 04/06/05 | PLF 1-2 Dismissal Notice (Party(s)) of Express Truck Inc w/prejudice w/plfs and Express Truck Inc to bear their own costs and atty fees. |

Case 3:04-cv-00220-JWS   Document 18   Filed 09/22/2004   Page 3 of 3