William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON,<br><br>      Plaintiff,<br><br>v.<br><br>EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC.,<br><br>      Defendant. | Case No.: A04-0220 CV (JWS) |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW the parties, by and through counsel, and hereby respectfully request an order from the court extending the discovery deadline by one month, until March 21, 2006.

DATED this 13th day of February 2006, at Anchorage, Alaska.

                                          s/William M. Wuestenfeld
                                          701 W. 8th Avenue, Suite 1100
                                          Anchorage, AK  99501
                                          Phone:  (907) 276-6363
                                          Fax:    (907) 276-3528
                                          Email:  wwuest@alaska.net
                                          Alaska Bar No.:  8111139

DATED this 13th day of February, 2006, at Kenai, Alaska.

```
                                s/Joseph L. Kashi(consent)
                                35477 Spur Highway, Suite 207
                                Kenai, AK  99669
                                Phone:  (907) 262-4604
                                Fax:    (907) 9766
                                Email:  kashi@alaska.net
                                Alaska Bar No.:  7811107
```

I hereby certify that on
February 13, 2006, a copy of
the foregoing Joint Motion for
Extension of Time and Proposed Order
was served electronically on
Joseph L. Kashi, and by regular U.S.
Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669


s/William M. Wuestenfeld