William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC.,<br><br>Defendant. | Case No.: A04-0220 CV (JWS) |

**PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

The court hereby GRANTS the parties' Joint Motion for Extension of Time. The discovery deadline in the above-captioned matter is hereby extended by one month, until March 21, 2006.

DATE:_____            _____
                                Hon. John W. Sedwick
                                U.S. District Court Judge

```
I hereby certify that on
February 13, 2006, a copy of
the foregoing Joint Motion for
Extension of Time and Proposed Order
was served electronically on
Joseph L. Kashi, and by regular U.S.
Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669




s/William M. Wuestenfeld
```