William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, <br><br> Plaintiff, <br><br> v. <br><br> EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., <br><br> Defendant. | Case No.: 3:04-cv-00220-JWS |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

The court hereby GRANTS the parties' Joint Motion for Extension of Time. The discovery deadline in the above-captioned matter is hereby extended by one month, until March 21, 2006.

DATE: February 14, 2006        /s/John W. Sedwick
                               Hon. John W. Sedwick
                               U.S. District Court Judge