William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and<br>FRED HAMMON, DBA<br>SOLDOTNA Y CHEVRON,<br><br>          Plaintiff,<br><br>    v.<br><br>EXPRESS TRUCK, INC.<br>and SIGNATURE EQUIPMENT,<br>INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-0220 CV (JWS)<br>) |

**SECOND JOINT MOTION FOR EXTENSION OF TIME**

COME NOW the parties, by and through counsel, and hereby respectfully request an order from the court extending the discovery deadline until May 1, 2006.

DATED this 20th day of March, 2006, at Anchorage, Alaska.

> s/William M. Wuestenfeld
> 701 W. 8th Avenue, Suite 1100
> Anchorage, AK  99501
> Phone:    (907) 276-6363
> Fax:      (907) 276-3528
> Email:    wwuest@alaska.net
> Alaska Bar No.:  8111139

DATED this 20th day of March, 2006, at Kenai, Alaska.

    s/Joseph L. Kashi (consent)
35477 Spur Highway, Suite 207
Kenai, AK  99669
Phone:     (907) 262-4604
Fax:       (907) 262-9766
Email:     kashi@alaska.net
Alaska Bar No.:   7811107

I hereby certify that on
March 20, 2006, a copy of
the foregoing Joint Motion for
Extension of Time was served
electronically on Joseph L.
Kashi, and by regular U.S.
Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669


s/William M. Wuestenfeld