William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, <br><br> Plaintiff, <br><br> v. <br><br> EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: A04-0220 CV (JWS) |

**PROPOSED ORDER GRANTING**
**SECOND JOINT MOTION FOR EXTENSION OF TIME**

The court hereby GRANTS the parties' Second Joint Motion for Extension of Time. The discovery deadline in the above-captioned matter is hereby extended until May 1, 2006.


DATE:_____      _____
                          Hon. John W. Sedwick
                          U.S. District Court Judge

I hereby certify that on
February 13, 2006, a copy of
the foregoing Proposed Order
Granting Second Joint Motion
for Extension of Time was served
electronically on Joseph L. Kashi,
and by regular U.S. Mail at the
address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669


s/William M. Wuestenfeld