William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., ) ) ) ) | |
| Defendant. ) _____) | Case No.: A04-0220 CV (JWS) |

## ORDER GRANTING
## SECOND JOINT MOTION FOR EXTENSION OF TIME

The court hereby GRANTS the parties' Second Joint Motion for Extension of Time. The discovery deadline in the above-captioned matter is hereby extended until May 1, 2006.

DATE: 3/20/06                    /s/
                                 Hon. John W. Sedwick
                                 U.S. District Court Judge