William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, <br><br> Plaintiff, <br><br> v. <br><br> EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., <br><br> Defendant. | Case No.: A04-0220 CV (JWS) |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW the parties, by and through counsel, and hereby respectfully request an order from the court extending the discovery deadline until August 1, 2006.

Depositions of the parties are scheduled for June 28, 2006. The extension of the discovery deadline is necessary to enable the parties' depositions to be taken and transcribed, and to allow the parties to determine if any further depositions are necessary.

The parties are working cooperatively, and this request for a further extension of the discovery deadline is not made for the purpose of delay.

DATED this 15th day of June, 2006, at Anchorage, Alaska.

        s/William M. Wuestenfeld
        701 W. 8th Avenue, Suite 1100
        Anchorage, AK  99501
        Phone:   (907) 276-6363
        Fax:     (907) 276-3528
        Email:   wwuest@alaska.net
        Alaska Bar No.:  8111139

DATED this 15th day of June, 2006, at Kenai, Alaska.

        s/Joseph L. Kashi (consent)
        35477 Spur Highway, Suite 207
        Kenai, AK  99669
        Phone:   (907) 262-4604
        Fax:     (907) 262-9766
        Email:   kashi@alaska.net
        Alaska Bar No.:  7811107

I hereby certify that on June 15, 2006, a copy of the foregoing Joint Motion for Extension of Time was served electronically on Joseph L. Kashi, and by regular U.S. Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669

s/William M. Wuestenfeld