William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., | ) ) ) ) |
| Defendant. | ) Case No.: A04-0220 CV (JWS) |

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF TIME**

The court hereby GRANTS the parties' Joint Motion for Extension of Time. The discovery deadline in the above-captioned matter is hereby extended until August 1, 2006.


DATE:6/15/06                    /s/
                                Hon. John W. Sedwick
                                U.S. District Court Judge