Joseph L. Kashi
Attorney at Law
Suite 207
35477 Spur Highway
Soldotna, AK 99669
907-262-4604

RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION AND<br>FRED HAMMON, DBA<br>SOLDOTNA Y CHEVRON<br><br>               Plaintiff,<br>vs.<br><br>EXPRESS TRUCK, INC.<br>AND SIGNATURE EQUIPMENT, INC.<br><br>               Defendants. | Case Number A04-0220 CV (JWS) |

## NOTICE OF TAKING VIDEO-TAPED DEPOSITION

To:  Reed Marcel Prows
     C/O William Wuestenfield
     Sandberg, Wuestenfeld and Corey
     Suite 1100
     701 W. Eighth Avenue
     Anchorage, AK 99501

Please take notice that on Wednesday, June 28, 2006, at 10:00am, the Plaintiff, represented by his attorney, Joseph L. Kashi, will take the deposition of Reed Marcel Prows, before a court report, at the office of Peninsula Reporting, 110 Trading Bay Road, Suite 100, Kenai, Alaska 99611, telephone number (907) 283-4429. The witness will appear telephonically at the offices of Peninsula Reporting. The witness will appear physically and be video-taped at a licenced court reporter's in Salt Lake City, Utah, which will named at a later date. Mr. Prows shall bring with him to the deposition all documents and photos pertaining to the subject matter of this action in any way.

The deposition will continue from day to day until completed. Other parties may attend and

examine the witness.

Dated this 2nd day of May, 2006.

_____
Joseph L. Kashi   AK Bar # 7811107
Attorney for Plaintiffs

Certificate of Service

I certify that on the 2nd day of June, 2006 a true copy of the foregoing document was served upon William Wuestenfeld, Attorney for Defendant Signature by first class US Mail and fax at:

Mr. William Wuestenfeld
Sandberg, Wuestenfeld and Corey
Suite 1100
701 W. Eighth Avenue
Anchorage, AK 99501

Fax #907-276-3528

_____