

Joseph L. Kashi
Attorney at Law
Suite 207
35477 Spur Highway
Soldotna, AK 99669
907-262-4604

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION AND<br>FRED HAMMON, DBA<br>SOLDOTNA Y CHEVRON<br><br>    Plaintiff,<br>vs.<br><br>EXPRESS TRUCK, INC.<br>AND SIGNATURE EQUIPMENT, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number A04-0220 CV (JWS) |

## AMENDED NOTICE OF TAKING VIDEO-TAPED DEPOSITION

To: Reed Marcel Prows
   C/O William Wuestenfield
   Sandberg, Wuestenfeld and Corey
   Suite 1100
   701 W. Eighth Avenue
   Anchorage, AK 99501

Please take notice that on Wednesday, June 28, 2006, at 10:00am Alaska time, the Plaintiff, represented by his attorney, Joseph L. Kashi, will take the deposition of Reed Marcel Prows, before a court report, at the office of Peninsula Reporting, 110 Trading Bay Road, Suite 100, Kenai, Alaska 99611, telephone number (907) 283-4429. The witness will appear telephonically at the offices of Peninsula Reporting. The witness will appear physically at 12:00pm Utah time, and be video-taped at Horizon Reporting and Video; 299 South Main, Suite 1300; Salt Lake City, Utah 84111; (801) 532-3376. Mr. Prows shall bring with him to the deposition all documents and photos pertaining to the subject matter of this action in any way.

The deposition will continue from day to day until completed. Other parties may attend and examine the witness.

Dated this 7th day of June, 2006.

_Joseph L. Kashi_  AK Bar # 7811107
Attorney for Plaintiffs

Certificate of Service

I certify that on the 7th
day of June, 2006 a true
copy of the foregoing document
was served upon William
Wuestenfeld, Attorney for
Defendant Signature by
first class US Mail and fax at:

Mr. William Wuestenfeld
Sandberg, Wuestenfeld and Corey
Suite 1100
701 W. Eighth Avenue
Anchorage, AK 99501

Fax #907-276-3528