Joseph L. Kashi
Attorney at Law
Suite 207
35477 Spur Highway
Soldotna, AK 99669
907-262-4604

RECEIVED
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION AND<br>FRED HAMMON, DBA<br>SOLDOTNA Y CHEVRON<br><br>                Plaintiff,<br>vs.<br><br>EXPRESS TRUCK, INC.<br>AND SIGNATURE EQUIPMENT, INC.<br><br>                Defendants. | Case Number A04-0220 CV (JWS) |

### NOTICE OF ABSENCE

Joseph L. Kashi, attorney for Plaintiff, hereby gives notice of his absence from July 29th, 2006 through August 14th, 2006. Attorney will be out of the state during this time.

Dated this 22nd day of June, 2006

_____
Joseph L. Kashi, AK Bar #7811107
Attorney for Plaintiff

Certificate of Service

I certify that on the 22nd day of June, 2006 a true copy of the foregoing document was served upon William Wuestenfeld, Attorney for Defendant Signature by telefax to 907-276-3528 and also by first class US Mail at:

Mr. William Wuestenfeld
Sandberg, Wuestenfeld and Corey
Suite 1100
701 W. Eighth Avenue
Anchorage, AK 99501

_____

Notice of Absence        Hammon-Express Truck/Signature Equipment        Page 1