William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON,<br><br>      Plaintiff,<br><br>v.<br><br>EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC.,<br><br>      Defendant. | Case No.: 3:04-cv-00220-JWS |

### JOINT MOTION FOR STATUS CONFERENCE

Pursuant to the court's order of November 6, 2006, the parties, by and through counsel, hereby request that the court set a status conference regarding the above-captioned case.

The undersigned attorney for defendant Signature Equipment, Inc. will be out of state during the week of November 20, 2006, but is generally available thereafter.

DATED this 20th day of November, 2006, at Anchorage,

Alaska.

        s/William M. Wuestenfeld
        701 W. 8th Avenue, Suite 1100
        Anchorage, AK  99501
        Phone:    (907) 276-6363
        Fax:      (907) 276-3528
        Email:    wwuest@alaska.net
        Alaska Bar No.:  8111139

DATED this 20th day of November, 2006, at Kenai, Alaska.

        s/Joseph L. Kashi (consent)
        35477 Spur Highway, Suite 207
        Kenai, AK  99669
        Phone:    (907) 262-4604
        Fax:      (907) 262-9766
        Email:    kashi@alaska.net
        Alaska Bar No.:  7811107

I hereby certify that on November 20, 2006, a copy of the foregoing Joint Motion for Status Conference was served electronically on Joseph L. Kashi, and by regular U.S. Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669

s/William M. Wuestenfeld