William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., ) ) ) ) | |
| Defendant. ) _____) | Case No.: 3:04-cv-00220-JWS |

**PROPOSED ORDER GRANTING**
**JOINT MOTION FOR STATUS CONFERENCE**

  The court hereby GRANTS the parties Joint Motion for Status Conference.  The status conference will be held _____, 200___ at _____ in Courtroom _____.


DATE:_____     _____
                        Hon. John W. Sedwick
                        U.S. District Court Judge

I hereby certify that on November 20, 2006, a copy of the foregoing Proposed Order Granting Joint Motion for Status Conference was served electronically on Joseph L. Kashi, and by regular U.S. Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669


s/William M. Wuestenfeld