IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
A-H&H CORPORATION and      )
FRED HAMMON, DBA           )
SOLDOTNA Y CHEVRON,        )
                           )
        Plaintiff,         )
                           )
    v.                     )
                           )
EXPRESS TRUCK, INC.        )
and SIGNATURE EQUIPMENT,   )
INC.,                      )
                           )
        Defendant.         )  Case No.:  3:04-cv-00220-JWS
_____)
```

**ORDER GRANTING**
**JOINT MOTION FOR STATUS CONFERENCE**

The court hereby GRANTS the parties Joint Motion for Status Conference. The status conference will be held December 12, 2006, at 9:00 a.m. in Courtroom 3.


DATE: December 4, 2006         /s/  Hon. John W. Sedwick
                                    U.S. District Court Judge