```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 A-H&H CORP. ET AL              vs.  SIGNATURE EQUIPMENT INC.

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:04-cv-00220-JWS

DEPUTY CLERK/RECORDER:      APRIL KARPER

APPEARANCES:   PLAINTIFF:   JOSEPH KASHI - TELEPHONIC

               DEFENDANT:   WILLIAM WUESTENFELD

PROCEEDINGS: STATUS CONFERENCE HELD DECEMBER 12, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re settlement conference and mediation. Court instructed parties to have mediation concluded with Judge Ross by the end of **January 2007.** Trial by Jury set for **May 14, 2007 at 8:30 a.m.** Court to issue an order re pretrial motion deadlines; all depositions to be done by **April 20, 2007.**

At 9:13 a.m. court adjourned.

DATE:    December 12, 2006       DEPUTY CLERK'S INITIALS:    ak