MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*A-H&H CORP., et al.*          v.   *SIGNATURE EQUIPMENT INC.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00220-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  December 13, 2006

---

Based on the conference held on December 12, **IT IS ORDERED**:

1.  The parties shall participate in a mediation to be conducted by Hon. Herb Ross at a time convenient to Judge Ross prior to the end of January 2007.

2.  Either closing papers or a joint status report regarding the outcome of the mediation shall be filed within 10 days following conclusion of the mediation.

3.  If the case is not settled as a result of the mediation, perpetuation depositions may be taken prior to April 20, 2006.

4.  Trial by jury is hereby set for **May 14, 2007**.

5.  A standard trial setting order which includes the customary pre-trial deadlines will be issued shortly.