William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., | ) ) ) ) |
| Defendant. | ) Case No.: A04-0220 CV (JWS) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their attorneys of record and, pursuant to Federal R. Civ. P. 41(a)(1), hereby stipulate and agree that the claims of plaintiffs A-H&H Corporation and Fred Hammon, DBA Soldotna Y Chevron against defendant Signature Equipment, Inc. may be and hereby are dismissed with prejudice, with each party to bear their own

attorney's fees and costs in this action.

    DATED this ____ day of February, 2007 at Anchorage, Alaska.

                                              s/William M. Wuestenfeld
                                              701 W. 8th Avenue, Suite 1100
                                              Anchorage, AK  99501
                                              Phone:  (907) 276-6363
                                              Fax:    (907) 276-3528
                                              Email:  wwuest@alaska.net
                                              Alaska Bar No.:  8111139

    DATED this ____ day of February, 2007, at Kenai, Alaska.

                                              s/Joseph L. Kashi(consent)
                                              35477 Spur Highway, Suite 207
                                              Kenai, AK  99669
                                              Phone:  (907) 262-4604
                                              Fax:    (907) 9766
                                              Email:  kashi@alaska.net
                                              Alaska Bar No.:  7811107

I hereby certify that on
February 2, 2007, a copy of
the foregoing Stipulation for
Dismissal with Prejudice
was served electronically on
Joseph L. Kashi, and by regular U.S.
Mail at the address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669


s/William M. Wuestenfeld