William M. Wuestenfeld
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendant Signature Equipment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A-H&H CORPORATION and FRED HAMMON, DBA SOLDOTNA Y CHEVRON, <br><br>Plaintiff, <br><br>v. <br><br>EXPRESS TRUCK, INC. and SIGNATURE EQUIPMENT, INC., <br><br>Defendant. | Case No.: A04-0220 CV (JWS) |

### [PROPOSED] ORDER GRANTING
### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS SO ORDERED.  The above-captioned action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.


DATE:_____        _____
                            Hon. John W. Sedwick
                            U.S. District Court Judge

I hereby certify that on
February 2, 2007, a copy of
the foregoing Proposed Order
Granting Stipulation for
Dismissal with Prejudice was served
electronically on Joseph L. Kashi,
and by regular U.S. Mail at the
address indicated below:

Joseph L. Kashi, Esq.
35477 Spur Highway, Suite 207
Soldotna, AK  99669


s/William M. Wuestenfeld